UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA MATTHEW ORTIZ, | : | |
|     Petitioner, | : | |
| | : | No. 5:16-cr-00223 |
| v. | : | No. 5:19-cv-01946 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent. | : | |

**O R D E R**

**AND NOW**, this 18th day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motions to Vacate, ECF Nos. 62-63, are **DENIED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** the above-captioned actions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge